RICHARD J. IDELL (SBN 069033)
ORY SANDEL (SBN 233204)
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259
*Attorneys for Plaintiffs*

KEITH KANDARIAN (SBN 81290)
TOBIN & TOBIN
500 Sansome Street, Eighth Floor
San Francisco, CA 94111-3214
Telephone: (415) 433-1400
Facsimile: (415) 433-3883
*Attorneys for Defendant Jerry Garcia Estate, LLC*

ERIC DONEY (SBN 76260)
LAWRENCE K. ROCKWELL (SBN 72410)
ERIC A. HANDLER (SBN 224637)
DONAHUE GALLAGHER WOODS LLP
591 Redwood Hwy, Suite 1200
Mill Valley, CA 94941-6000
Telephone: (415) 381-4161
Facsimile: (415) 381-7515
*Attorneys for Defendant Jerry Garcia Family LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MORA, as Trustee of The Merl Saunders Trust; MERL SAUNDERS, JR., as Trustee of The Merl Saunders Trust; and ANTHONY SAUNDERS WASHINGTON, as Trustee of The Merl Saunders Trust,<br><br>    Plaintiffs,<br><br>    v.<br><br>JERRY GARCIA ESTATE, LLC, a California limited liability company; JERRY GARCIA FAMILY LLC, a California limited liability company; and DOES 1 through 1000, inclusive,<br><br>    Defendants. | CASE NO. 5:08-CV-05772-PVT<br><br>**STIPULATION RE: EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT;** xxxxxxxxxxx **] ORDER**<br><br>Honorable Patricia V. Trumbull |

This Stipulation is entered into by and between SUSAN MORA, as Trustee of The Merl Saunders Trust; MERL SAUNDERS, JR., as Trustee of The Merl Saunders Trust; and ANTHONY SAUNDERS WASHINGTON, as Trustee of The Merl Saunders Trust (collectively "Plaintiffs"), on the one hand, and JERRY GARCIA ESTATE, LLC, a California limited liability company, and JERRY GARCIA FAMILY, LLC, a California limited liability company (collectively "Defendants"), on the other hand. Plaintiffs and Defendants may be referred to herein severally as a "Party" or jointly as the "Parties."

This Stipulation is made with reference to the following recitals:

1. On December 29, 2008 (the "Filing Date"), Plaintiffs filed this action naming as defendants herein JERRY GARCIA ESTATE, LLC, a California limited liability company, and JERRY GARCIA FAMILY, LLC, a California limited liability company, as well as Doe defendants.

2. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the Summons and Complaint must be served within one hundred twenty (120) days of the Filing Date, *i.e.*, by April 25, 2009.

3. The Complaint makes various allegations against Defendants regarding, *inter alia*, violation of the Lanham Act and California statutory rights of publicity arising out of the commercial release of professional recordings of live performances by Merl Saunders and Jerry Garcia, both of whom are now deceased (the "Master Tapes").

4. Since the Filing Date, counsel for Plaintiffs has conferred and corresponded with counsel for Defendants and related parties, including members and managers of each of Defendants, who may need to be named as substituted "Doe defendants," regarding entering into a tolling agreement and a voluntary dismissal of the action without prejudice, in order to allow all relevant parties to privately mediate the dispute, including without limitation regarding the matter of disposition of the Master Tapes.

5. Pending negotiations and agreement to a tolling agreement and a voluntary dismissal of the action without prejudice, Plaintiffs have refrained from serving the Summons and Complaint.

6. The Parties have not yet concluded their negotiations over the terms of the tolling agreement and any agreement to dismiss the action without prejudice. In order to permit such

conclusion, the Parties have mutually agreed to an extension of forty-five (45) days in which to serve the Summons and Complaint, to and including June 9, 2009.

7. The Parties have not previously sought nor agreed to any time modifications in this case, whether by stipulation or Court order. The parties anticipate the time modifications agreed to and requested below will: (a) necessitate and justify a continuance of the Case Management Conference currently scheduled by the Court for May 12, 2009; and (b) potentially save the Court from expending further resources on this action should the parties be successful in their attempts to mediate a resolution of their dispute. See, Declaration of Richard J. Idell filed herewith.

NOW THEREFORE, subject to approval by the Court, the Parties agree as follows:

1.0 The foregoing recitals are hereby incorporated by this reference.

2.0 Plaintiffs shall have to and including June 9, 2009, to serve the Summons and Complaint in this action.

3.0 The Case Management Conference currently scheduled for May 12, 2009, shall be continued until August 11, 2009, at 2:00 p.m., with all related dates adjusted accordingly.

4.0 Plaintiffs shall file this Stipulation with the Court for an order thereon.

IDELL & SEITEL, LLP

Dated: April 9, 2009 By: /s/ Richard J. Idell
Richard J. Idell
Ory Sandel
*Attorneys for Plaintiffs*

TOBIN & TOBIN

Dated: April 9, 2009 By: /s/ Keith Kandarian
Keith Kandarian
*Attorneys for Defendant Jerry Garcia Estate, LLC*

///
///
///

DONAHUE GALLAGHER WOODS LLP

Dated: April 9, 2009        By:   /s/ Eric A. Handler
                                  Eric Doney
                                  Lawrence K. Rockwell
                                  Eric A. Handler
                                  *Attorneys for Defendant Jerry Garcia Family LLC*

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 10, 2009

_____
HONORABLE PATRICIA V. TRUMBULL
UNITED STATES CHIEF MAGISTRATE JUDGE