

JOHN KAHN

"Jerry was like Ray Charles, man," Fierro recalls. "He could play any style, and anything he touched had soul. He became so fluid in different styles that he could just sail through anything I never liked labeling music, but after a while I really felt that whatever he played became Jerry's music."

Garcia's solo groups were always eclectic, none more so than the ones featuring Fierro and Saunders. In addition to the new jazz and Latin flavors that Fierro brought to the stew, the band played Motown tunes, early rock 'n' roll chestnuts, obscure R&B rave-ups, funkified Merl songs, and pearls by everyone from Bob Dylan to Jimmy Cliff. Most songs clocked in at over ten minutes; once Garcia, Saunders and Fierro had blown through their solos, 15- and 20-minute numbers were not unusual. The version of the band with Paul Humphrey on drums was the first Garcia-Saunders group to tour outside of California—their shows in clubs and small theaters in the Northeast were ecstatically received, to say the least.

By the end of 1974 though, change was in the air. The Grateful Dead had decided to take an indefinite hiatus from performing following a set of shows at Winterland in San Francisco in mid-October. And in November, Paul Humphrey returned to his home in Los Angeles to go back to his successful career as a session drummer and occasional player with the Lawrence Welk Orchestra. Say what?

"Paul was a fantastic drummer and a great guy, but in some ways he didn't really fit in," notes Garcia's guitar tech, Steve Parish. "He was playing with Lawrence Welk at the same time he was playing with Jerry! I used to run into him at this music store near the Palladium in L.A. because they recorded [The Lawrence Welk Show] there. He'd show up at gigs wearing yellow shoes, yellow socks, yellow pants, yellow shirts, or rattlesnake shoes, rattlesnake pants—everything matched—and he'd ask me, 'So, Steve, what is the band going to wear tonight?' I'm like, 'They're wearin' what they're wearin' man!' and he laughs that deep Big Steve laugh.

"So then we went from a guy doing Lawrence Welk and Jerry to a guy doing Elvis and Jerry!"

Enter Ron Tutt. He had first come into Garcia's universe when, at Merl Saunders' suggestion, John Kahn had hired him to play drums on Jerry's second solo album, Compliments, which was cut mainly in Los Angeles during the winter of 1974 and produced by Kahn. By this time, Tutt had been touring with Elvis for a number of years and also played on many albums by other artists, including Johnny Rivers, Little Richard, Billy Joel, and Gram Parsons. It was Saunders who tapped Tutt to join the band, he called Tutt, the Rolls-Royce of drummers, and you won't find many who would disagree.

And though his professional life up to that point had mostly been spent playing rock and country music, he says, "Actually, I was a jazz player in college at the University of North Texas,



MARTIN FIERRO

had listened to. A lot of jazz, and I'd even been influenced by some of the great West Coast jazz drummers, like Shelly Manne and Mel Lewis.

"I've always said that Jerry's music was very much like jazz, in that the music always had a head, and then in all the jams everyone played as much as they wanted to play, and then there was the tail, or the 'out'. It was very much like a jazz formula playing in that band."

"Tutt was cool, he was a sweetheart," Fierro says. "He had to learn how to play that music too, just like anyone else, but he picked it up really fast. Of course he was already a little bit of a superstar, since he'd played with Elvis," he chuckles.

That's true! Parish agrees. "One time we were in the Atlanta airport, and Tutt's drum cases, which said 'ELVIS PRESLEY' on them, came down the belt, and the people around there just freaked out. They were so excited I had a crowd chasing me. Yeah! Elvis! Elvis! That name printed on the cases really made a difference, especially in the South."

With Tutt in the drummer's chair, the Legion Of Mary was born. But what's with that name? "I think that was Zippy's idea. Tutt says of Garcia's manager Richard Loren, so nicknamed by John Kahn. "He had taken a trip to the Vatican and brought back all sorts of little figurines of monks playing instruments—one I have to this day is this carved soapstone, or ivory, monk playing two cymbals. He gave them to everybody in the band. Loren] was [part-] Italian, so he had all the mystical stuff of the church in him, and I guess it got to him in the Vatican, so he did the farthest-out thing he could do, which was call the band the Legion Of Mary."

In Steve Parish's recollection, "I'm pretty sure the name came from John [Kahn]. He kind of zippy, were playing with all these names that I don't want to repeat because they were sort of sacrilegious and would offend some people," he chuckles.

"The name was my idea, but it sort of backfired on us," Kahn told me shortly before his death in 1993. "We played our first gig under that name at the Keystone Berkeley, and these people showed up who were dising the name. And we had a great time. We entertained them for quite a while — until it got a little too crazy for them. Somebody probably hit on one of 'em', he laughs.

"Here come the lay sisters, and they boldly came in the back door and wanted to know who was using the name Of Mary. And they ended up liking us, so they let us use their name for too long," made it up!"

Parish: "At the same time, we realized we probably didn't want to go under that name for too long," Kahn. "They came to listen to us, and they ended up liking us, so they let us use their name."

Though short-lived, the Legion Of Mary made as Fierro says, "some great, great music, man. We were really grooving hard. It was a peak. And we had such a great time. Man, we were always laughing. Jerry and John would be cracking up and telling jokes and stories. We had so much fun."

on the road we did back East or just hanging out at the Keystone. It was about the most fun I've had."

There was a lot of laughing," Tutt agrees. "John was one of the naturally funniest men I've ever known. Along with Steve Parish, Steve and John were always playing off each other, and Jerry and I were always the audience. We were sitting there chuckling, and laughing a lot. I was John's greatest audience. I think we all had a close camaraderie when it came to having fun."

And you can hear that camaraderie in the music, too, as the Legion Of Mary swings effortlessly from style to style, always investing every tune with both power and passion. Look at the variety just on these two discs: a pair of Motown classics ("I Second That Emotion" and "How Sweet It Is To Be Loved By You"), summertime takes on rock pioneers Chuck Berry ("Let It Rock"), Ray Charles ("Talkin' 'Bout You") and Hank Ballard ("Tore Up Over You"), as well as Elvis Presley hit ("Mystery Train"), the timeless R&B of the Drifters' chart-topper "Money Honey," Robbie Robertson's Civil War saga "The Night They Drove Old Dixie Down," and a then-new Dylan song, "Tough Mama," Norman Blake's tale of heartbreak in Coal Country, "Last Train From Poor Valley," an obscure but wonderful Allen Toussaint song called "I'll Take A Melody," which sounds like it could've been written for Garcia, and much more. Did you ever hear Jimmy Hughes' 1966 version of "Neighbor, Neighbor"? It ain't as funky as this one!

While the Legion Of Mary was gigging through the first half of 1975, Garcia was still a very busy guy. The Dead recorded their Blues For Allah album up at Bob Weir's new home studio; was the jazzy direction of that album influenced by the music Garcia was playing in his solo band? Probably. He also spent time working on The Grateful Dead Movie, and helping out on various solo projects by other group members, from Mickey Hart's Diga Rhythm Band to Keith and Donna Jean Godchaux's self-titled album.

Originally, there were plans for Legion Of Mary to tour Europe in the fall of 1975, but instead, the group quietly disbanded and Garcia's solo work went in a completely different direction. He formed a quartet with Tutt, Kahn, and rock 'n' roll piano great Nicky Hopkins. That would become a great group too, but the sublime jazz-deep funk and adventurous approach that Fierro and Saunders embodied would largely become a thing of the past. At least we still have the tapes.

—Blair Jackson



RON TUTT