



# LEGION OF MARY:

JERRY GARCIA, vocals, guitar
MERL SAUNDERS, keyboards, vocals
JOHN KAHN, bass
RON TUTT, drums
MARTIN FIERRO, sax, flute

Original Recordings Produced by
JERRY GARCIA & MERL SAUNDERS
Recorded by BETTY CANTOR-JACKSON

Compilation Produced for Release by
JAMES AUSTIN, DAVID LEMIEUX, HALE MILGRIM, PETER McQUAID
Executive Producers: CHRISTOPHER SABEC
Product Manager: MIKE EDWARDS
Tape Research: DAVID LEMIEUX
Engineering & Mastering: JOE GASTWIRT @ OE MASTERING/JOINT,
Editorial Supervision: DOROTHY STEFANSKI
Art Direction: HUGH BROWN & KATHERINE DELANEY
Design: KATHERINE DELANEY
Photography: ROBERTO RABANNE
Cover Illustration: KEN FEARNING
Album Coordination: JEFF JONES
Project Assistance: REGGIE COLLINS, KAREN LeBLANC, MATTHEW ABELS & RANDY PERRY

Special Thanks to
ANNABELLE GARCIA, HOLLEN, CLIFFORD GARCIA, DEBORAH KOONS GARCIA,
HEATHER GARCIA KATZ, KEELIN GARCIA, THERESA GARCIA & SUNSHINE KESEY

jerrygarcia.com

# MERL SAUNDERS

