1  RICHARD J. IDELL (SBN 69033)
   ORY SANDEL (SBN 233204)
2  IDELL & SEITEL LLP
3  465 California Street, Suite 300
   San Francisco, CA 94104
4  Telephone: (415) 986-2400
   Facsimile: (415) 392-9259
5  *Attorneys for Plaintiffs*

6
   KEITH KANDARIAN (SBN 81290)
7  TOBIN & TOBIN
   500 Sansome Street, Eighth Floor
8  San Francisco, CA 94111-3214
9  Telephone: (415) 433-1400
   Facsimile: (415) 433-3883
10 *Attorneys for Defendant Jerry Garcia Estate, LLC*

11
   ERIC DONEY (SBN 76260)
12 LAWRENCE K. ROCKWELL (SBN 72410)
   ERIC A. HANDLER (SBN 224637)
13 DONAHUE GALLAGHER WOODS LLP
14 591 Redwood Hwy, Suite 1200
   Mill Valley, CA 94941-6000
15 Telephone: (415) 381-4161
   Facsimile: (415) 381-7515
16 *Attorneys for Defendant Jerry Garcia Family LLC*

17

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MORA, as Trustee of The Merl Saunders Trust; MERL SAUNDERS, JR., as Trustee of The Merl Saunders Trust; and TONY SAUNDERS, as Trustee of The Merl Saunders Trust, | Case No: CV 08 5772 PVT |
| | **STIPULATION RE: EXTENSION OF TIME TO SERVE SUMMONS AND FIRST AMENDED COMPLAINT;** |
| Plaintiffs, | \|XXXXXXXXXXX\| **ORDER** |
| v. | Honorable Patricia V. Trumbull |
| JERRY GARCIA ESTATE, LLC, a California limited liability company; JERRY GARCIA FAMILY, LLC, a California limited liability company; RHINO ENTERTAINMENT COMPANY, a Delaware corporation; WARNER MUSIC GROUP CORP., a Delaware corporation; WARNER STRATEGIC MARKETING, INC., a | |

1   CASE NO. 5:08-CV-05772-PVT

STIPULATION RE: EXTENSION OF TIME TO SERVE SUMMONS AND FIRST AMENDED COMPLAINT;
[PROPOSED] ORDER

Delaware corporation; DEBORAH KOONS-GARCIA (sued as DOE 1), an individual; DEBORAH KOONS-GARCIA (sued as DOE 2) and DAVID HELLMAN (sued as DOE 3) and DOES 5 through 10, as Trustees of the KEELIN GARCIA TESTAMENTARY TRUST (sued as DOE 4); and DOES 11 through 1000, inclusive,

Defendants.

This Stipulation is entered into by and between SUSAN MORA, as Trustee of The Merl Saunders Trust; MERL SAUNDERS, JR., as Trustee of The Merl Saunders Trust; and ANTHONY SAUNDERS WASHINGTON, as Trustee of The Merl Saunders Trust (collectively "Plaintiffs"), on the one hand, and JERRY GARCIA ESTATE, LLC, a California limited liability company, and JERRY GARCIA FAMILY, LLC, a California limited liability company (collectively "Defendants"), on the other hand. Plaintiffs and Defendants may be referred to herein severally as a "Party" or jointly as the "Parties."

This Stipulation is made with reference to the following recitals:

1. On December 29, 2008 (the "Filing Date"), Plaintiffs filed the Complaint in this action, naming as defendants JERRY GARCIA ESTATE, LLC, a California limited liability company, and JERRY GARCIA FAMILY, LLC, a California limited liability company, as well as Doe defendants.

2. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the Summons and Complaint must be served within one hundred twenty (120) days of the Filing Date, *i.e.*, by April 25, 2009.

3. On April 10, 2009, pursuant to stipulation of the parties, the Court ordered the last date to serve the Summons and Complaint by forty-five (45) days, to June 9, 2009 and continued the Case Management Conference until August 11, 2009 at 2:00 p.m., with all related dates adjusted accordingly.

4. On June 11, 2009, pursuant to stipulation of the parties, the Court ordered the last date to serve the Summons and Complaint by a further forty-five (45) days, to July 24, 2009 and continued the Case Management Conference until September 29, 2009 at 2:00 p.m., with all related dates adjusted accordingly.

STIPULATION RE: EXTENSION OF TIME TO SERVE SUMMONS AND FIRST AMENDED COMPLAINT; [PROPOSED] ORDER

5. On June 26, 2009, Plaintiffs filed a First Amended Complaint ("FAC") in this action, naming as additional defendants RHINO ENTERTAINMENT COMPANY, a Delaware corporation; WARNER MUSIC GROUP CORP., a Delaware corporation; WARNER STRATEGIC MARKETING, INC., a Delaware corporation; DEBORAH KOONS-GARCIA (sued as DOE 1), an individual; and DEBORAH KOONS-GARCIA (sued as DOE 2) and DAVID HELLMAN (sued as DOE 3) and DOES 5 through 10, as Trustees of the KEELIN GARCIA TESTAMENTARY TRUST (sued as DOE 4).

6. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the Summons and FAC must be served on the newly-named defendants within one hundred twenty (120) days of the filing date of the FAC, *i.e.*, by October 24, 2009.

7. The 120-day period provided by Rule 4(m) of the Federal Rules of Civil Procedure is not restarted by the filing of an amended complaint except as to those defendants newly added in the amended complaint. *Bolden v. City of Topeka*, 441 F.3d 1129, 1148 (10th Cir. Kan. 2006) (citing *Carmona v. Ross*, 376 F.3d 829 (8th Cir. 2004); 4B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 1137, at 377 (3d ed. 2002); 1 James Wm. Moore et al., Moore's Federal Practice § 4.80 (3d ed. 1997)).

8. Rule 4(m) explicitly permits a district court to grant an extension of time to serve the complaint after that 120-day period. *Mann v. Am. Airlines*, 324 F.3d 1088, 1090 (9th Cir. Wash. 2003).

9. Counsel for Plaintiffs has conferred and corresponded with counsel for the original Defendants named in the Complaint and has now conferred with counsel for Deborah Koons Garcia regarding settlement of this action, with the understanding that a global settlement will likely require the agreement of all named Defendants.

10. Pending the settlement negotiations, Plaintiffs have continued to refrain from serving the Summons and FAC on the original Defendants named in the Complaint as well as refraining from serving the Summons and FAC on the new defendants named in the FAC. Counsel for Plaintiffs reasonably anticipates that settlement negotiations will last up to six (6) months.

11. Counsel for Plaintiffs and counsel for the original Defendants named in the Complaint have mutually agreed to a further extension of six months in which to serve the Summons and FAC, to and including January 24, 2010.

1  12. Plaintiffs and the previously-named Defendants jointly request that the Court extend the time for service of the Summons and FAC as to the newly-added Defendants by an additional three (3) months, such that the date for service of the Summons and FAC as to those Defendants is coextensive with that for the previously-named Defendants, namely, January 24, 2010.

13. The Parties previously sought and agreed to the two forty-five day extensions of time to serve the Summons and Complaint referenced in Paragraphs 3 and 4 hereto. The Parties anticipate that the further time modifications agreed to and requested herein will: (a) necessitate and justify a continuance of the Case Management Conference currently scheduled by the Court for September 24, 2009; and (b) potentially save the Court from expending further resources on this action should the settlement negotiations succeed.

NOW THEREFORE, subject to approval by the Court, the Parties agree as follows:

1.0 The foregoing recitals are hereby incorporated by this reference.

2.0 Plaintiffs shall have to and including January 24, 2010, to serve the Summons and FAC on all named Defendants in this action.

3.0 The Case Management Conference currently scheduled for September 29, 2009, shall be continued until February 23, 2010, at 2:00 p.m., or as soon thereafter as the Court may schedule, with all related dates adjusted accordingly.

4.0 Plaintiffs shall file this Stipulation with the Court for an order thereon.

IDELL & SEITEL, LLP

Dated: July 21, 2009     By: /s/ Richard J. Idell
                              Richard J. Idell
                              Ory Sandel
                              *Attorneys for Plaintiffs*

TOBIN & TOBIN

Dated: July 21, 2009     By: /s/ Keith Kandarian
                              Keith Kandarian
                              *Attorneys for Defendant Jerry Garcia Estate, LLC*

DONAHUE GALLAGHER WOODS LLP

Dated: July 21, 2009     By: /s/ Eric A. Handler

|     |
| --- |
| *1* |
| *2* |
| *3* |
| *4* |
| *5* |
| *6* |
| *7* |
| *8* |

                              Eric Doney
                              Lawrence K. Rockwell
                              Eric A. Handler
                              *Attorneys for Defendant Jerry Garcia Family LLC*

                                        **[ XXXXXXXXXX ] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   July 24, 2009                        */s/ Patricia V. Trumbull*
                                                   HONORABLE PATRICIA V. TRUMBULL
                                                   UNITED STATES CHIEF MAGISTRATE JUDGE

*9*   *10*   *11*   *12*   *13*   *14*   *15*   *16*   *17*   *18*   *19*   *20*   *21*   *22*   *23*   *24*   *25*   *26*   *27*   *28*

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell & Seitel, LLP 465 California Street, Suite 300, San Francisco, California 94104.

On July 21, 2009, I served the following document(s):

**STIPULATION RE: EXTENSION OF TIME TO SERVE SUMMONS AND FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**

☒ by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Idell & Seitel LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

| | |
|---|---|
| Keith Kandarian<br>Tobin & Tobin<br>500 Sansome Street, Eighth Floor<br>San Francisco, CA 94111-3214<br>Telephone: (415) 433-1400<br>Facsimile: (415) 433-3883<br>*Attorneys for Defendant Jerry Garcia Estate, LLC* | Eric Doney<br>Lawrence K. Rockwell<br>Eric A. Handler<br>Donahue Gallagher Woods LLP<br>591 Redwood Hwy, Suite 1200<br>Mill Valley, CA 94941-6000<br>Telephone: (415) 381-4161<br>Facsimile: (415) 381-7515<br>*Attorneys for Defendant Jerry Garcia Family LLC* |

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and I executed this declaration at San Francisco, California.

_____
Elise Stieren

CASE NO. 5:08-CV-05772-PVT

PROOF OF SERVICE