*1* RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
*2* IDELL & SEITEL LLP
*3* 465 California Street, Suite 300
San Francisco, CA 94104
*4* Telephone: (415) 986-2400
Facsimile: (415) 392-9259
*5*
*6* *Attorneys for Plaintiffs*

*7*
**UNITED STATES DISTRICT COURT**
*8*
**NORTHERN DISTRICT OF CALIFORNIA**
*9*

| | |
|---|---|
| *10* SUSAN MORA, as Trustee of The Merl Saunders Trust; MERL SAUNDERS, JR., as Trustee of The Merl Saunders Trust; and TONY SAUNDERS, as Trustee of The Merl Saunders Trust, | Case No: CV 08 5772 PVT |
| *11* | **NOTICE OF ERRATA RE: EXHIBITS TO FIRST AMENDED COMPLAINT** |
| *12* Plaintiffs, | |
| *13* v. | |
| *14* JERRY GARCIA ESTATE, LLC, a California limited liability company; JERRY GARCIA FAMILY, LLC, a California limited liability company; RHINO ENTERTAINMENT COMPANY, a Delaware corporation; WARNER MUSIC GROUP CORP., a Delaware corporation; WARNER STRATEGIC MARKETING, INC., a Delaware corporation; DEBORAH KOONS-GARCIA (sued as DOE 1), an individual; DEBORAH KOONS-GARCIA (sued as DOE 2) and DAVID HELLMAN (sued as DOE 3) and DOES 5 through 10, as Trustees of the KEELIN GARCIA TESTAMENTARY TRUST (sued as DOE 4); and DOES 11 through 1000, inclusive, | |
| Defendants. | |

*24*    TO: THE JUDGES OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT

*25*    OF CALIFORNIA, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

*26*    PLEASE TAKE NOTICE that the Exhibit "A" to the First Amended Complaint ("FAC") filed in

*27* this action was inadvertently omitted and part one of Exhibit "B" (comprised of three parts) was filed in

*28* //

1. its place.  Attached hereto are the correct Exhibits "A" and "B" to the FAC.

IDELL & SEITEL LLP

Dated: May 11, 2010				By:	/s/_____
							Richard Idell
							Ory Sandel
							*Attorneys for Plaintiffs*

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell & Seitel, LLP 465 California Street, Suite 300, San Francisco, California 94104.

On May 11, 2010, I served the following document(s):

**NOTICE OF ERRATA RE: EXHIBITS TO FIRST AMENDED COMPLAINT**

☒ by regular **UNITED STATES MAIL** by placing a true and correct in a sealed envelope addressed as shown below. I am readily familiar with the practice of Idell & Seitel, LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of the deposit for mailing stated in this affidavit.

| Eric Doney<br>Larry Rockwell<br>Eric Handler<br>DONAHUE GALLAGHER & WOODS, LLP<br>591 Redwood Hwy Ste 1200<br>Mill Valley, CA 94941-6000<br>*Attorneys for Defendant Jerry Garcia Family LLC* | Keith Kandarian<br>TOBIN & TOBIN<br>500 Sansome Street, Eighth Floor<br>San Francisco, CA 94111-3214<br>*Attorneys for Defendant Jerry Garcia Estate, LLC* |
|---|---|

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and I executed this declaration at San Francisco, California.

Elise Stieren