Exhibit "A"

# JERRY GARCIA & MERL SAUNDERS BAND

## KEYSTONE BERKELEY
### SEPTEMBER 1, 1974



**Disc One**

1. Neighbor, Neighbor (8:46)
   Alton Joseph Valier (Crazy Cajun Music) BMI
2. Keepers (11:33)
   Merl Saunders/John Kahn (Oxtail Music) BMI
3. Shining I.t. Limbo (12:50)
   Plummer Daniel/Gene Chambers
   (Universal Music) BMI
4. Favela (13:41)
   A.C. Jobim (V M Enterprises) BMI
5. Tough Mama (7:14)
   Bob Dylan (Ram's Horn Music) SESAC
6. La La (22:43)
   Martini Fierro

**Disc Two**

1. Someday Baby (9:52)
   Lightnin' Hopkins (EMI Unart Catalog) BMI
2. Think (7:09)
   Jimmy McKracklin/Don Robey (EMI Unart Catalog) BMI
3. Roadrunner (10:15)
   Lamont Dozier/B. Holland/E. Holland
   (Stone Agate Music) BMI
4. The Harder They Come (13:21)
   Jimmy Cliff (Universal/Island Music) BMI
5. I Second That Emotion (14:35)
   W. Robinson/Alfred Cleveland (Jobete Music) ASCAP
6. Going, Going, Gone (14:25)
   Bob Dylan (Ram's Horn Music) SESAC

**Disc Three**

1. Soul Roach (10:32)
   Merl Saunders/Ray Shanklin (Voytig Music) BMI
2. Mystery Train (12:33)
   Herman Parker/Sam Phillips
   (Hi-Lo/Unichappell Music) BMI
3. Wondering Why (15:53)
   Pam Carrier/Merl Saunders (Parker Music) BMI
4. People Make The World Go Round (3:43)
   Bell/Epstein (Warner-Tamerlane) BMI
5. Keystone Jam (15:16)
   Jerry Garcia & Merl Saunders Band
6. It's Too Late (8:55)
   Chuck Willis (Willis/Tideland/Unichappell) BMI
7. The Night They Drove Old Dixie Down (6:26)
   Robbie Robertson (Canaan Music) ASCAP

## JERRY GARCIA & MERL SAUNDERS BAND

Keystone Berkeley, September 1, 1974

Jerry Garcia: guitar & vocals
Merl Saunders: keyboards & vocals
John Kahn: bass
Martin Fierro: sax, flute & percussion
Paul Humphrey: drums
Mystery Artist: trumpet

Executive Producers:
Christopher Sabec & Peter McQuaid
Recording: Betty Cantor-Jackson
Research and Tape Compilation: David Lemieux
Engineer: Tom Flye
Second Engineer: Robert Gatley
Mastering: John Cuniberti
Album Coordination: Jeff Adams

Special thanks to Martin Fierro

## JERRY GARCIA & MERL SAUNDERS BAND

### KEYSTONE BERKELEY
September 1, 1974

**DISC 1**

Neighbor, Neighbor
Keepers
Sitting In Limbo
Favela
Tough Mama
La La

**DISC 2**

Someday Baby
Think
Roadrunner
The Harder They Come
I Second That Emotion
Going, Going, Gone

**DISC 3**

Soul Roach
Mystery Train
Wondering Why
People Make The
World Go Round
Keystone Jam
It's Too Late
The Night They Drove
Old Dixie Down

KEYSTONE BERKELEY presents remastered versions of certain Garcia-Saunders Band two-track work tapes from the late summer of 1974. Not to be confused or compared with studio recordings, these CD compilations may present sonic characteristics as unique as the performances from which they were taken and are therefore perhaps best enjoyed with that in mind. Fear not—while the audio standards associated with this music may occasionally wander, our commitment to the production does not, and almost always rewards even the most finicky with a truly transcendent listening experience.

JGCD.0004 ℗ & © 1974/2004 Jerry Garcia Estate LLC. Manufactured and distributed by Jerry Garcia Estate LLC. All rights reserved. Law prohibits unauthorized duplication. jerrygarcia.com



