Exhibit "B"

Case 3:08-cv-05772-RS Document 21-2 Filed 09/11/10 Page 2 of 6

## Disc 1
1. Tough Mama
2. That's A Touch I Like
3. I Second That Emotion
4. Since I Lost My Baby (Instrumental Jam)
5. Tore Up Over You
6. The Night They Drove Old Dixie Down
7. Talkin' 'Bout You

## Disc 2
1. I'll Take A Melody
2. Let It Rock
3. Neighbor, Neighbor
4. Money Honey
5. Last Train From Poor Valley
6. Mystery Train
7. How Sweet It Is To Be Loved By You

Recorded live at
PARAMOUNT THEATRE, Portland, OR (12/14/74) * KEYSTONE, Berkeley, CA (3/1/75 & 5/22/75) +
*GREAT AMERICAN MUSIC HALL, San Francisco, CA (2/27/75, 5/15/75, 7/4/75 & 7/5/75).
Selections are previously unissued recordings.
Original Recordings Produced by JERRY GARCIA & MERL SAUNDERS.
Compilation Produced for Release by JAMES AUSTIN, BLAIR JACKSON, HALE MILGRIM & PETER McQUAID.

jerrygarcia.com  rhino.com

HDCD and High Definition Compatible Digital are registered trademarks of Microsoft Corporation. Patents 5,479,168 © 1974, 1975, 2005 Jerry Garcia Estate LLC. ℗ 2005 Warner Strategic Marketing Inc. & Jerry Garcia, LLC. Manufactured & Marketed by Warner Strategic Marketing Inc., 3400 W. Olive Ave., Burbank, CA 91505-4614. A Warner Music Group Company. Printed in U.S.A.

BB Anti-Piracy Warning: Unauthorized copying is punishable under federal law.

0 8122-74692 2 1

R2 74692



The Jerry Garcia Collection, Vol. 1: LEGION OF MARY

Legion of Mary — Vol. 1
THE JERRY GARCIA COLLECTION

JERRY GARCIA: vocals, guitar
MERL SAUNDERS: keyboards, vocals
JOHN KAHN: bass
RON TUTT: drums
MARTIN FIERRO: sax, flute

R2 74692   The Jerry Garcia Collection, Vol. 1: LEGION OF MARY   RHINO

### Disc 1
1. Tough Mama
2. That's A Touch I Like
3. I Second That Emotion
4. Since I Lost My Baby (Instrumental Jam)
5. Tore Up Over You
6. The Night They Drove Old Dixie Down
7. Talkin' 'Bout You

### Disc 2
1. I'll Take A Melody
2. Let It Rock
3. Neighbor, Neighbor
4. Money Honey
5. Last Train From Poor Valley
6. Mystery Train
7. How Sweet It Is To Be Loved By You

Recorded Live at
PARAMOUNT THEATRE, Portland, OR (12/15/74); KEYSTONE, Berkeley, CA (3/1/75 & 5/21/75);
"GREAT AMERICAN" MUSIC HALL, San Francisco, CA (2/27/75, 5/15/75, 7/14/75 & 7/5/75)
All selections are previously unissued recordings.
Original Recordings Produced by JERRY GARCIA & MERL SAUNDERS
Compilation Produced for Release by JAMES AUSTIN, BLAIR JACKSON, HALE MILGRIM & PETER MCQUAID

jerrygarcia.com   rhino.com

HDCP® and High Definition Compatible Digital are registered trademarks of Microsoft Corporation. Patent No. 4,479,152. © 1974, 1975, 2003 Jerry Garcia Estate LLC. © 2004 Warner Strategic Marketing Inc. A Warner Music Group Company. Printed in U.S.A.

0 8122-74692-2 1

WARNING: Unauthorized reproduction is punishable under federal law.





# JERRY GARCIA

It isn't easy to rewrite history. For most of the past 30 years, Jerry Garcia fans and music historians alike have pegged the reign of the Garcia solo band Legion Of Mary as roughly from November 1973—when reeds player Martin Fierro came on board full-time, joining Garcia and his longtime keyboard associate Merl Saunders on the front line—through early July 1975, a span of about 20 months and nearly 140 shows. During that time, three different drummers joined bassist John Kahn in the formidable and always elastic rhythm section: Grateful Dead sticksman Bill Kreutzmann, jazz veteran Paul Humphrey, and Elvis Presley's former "Boy" Ron Tutt. However, research in newspaper archives and other sources in recent years has led to the inescapable conclusion that the only Garcia band that actually went by the name Legion Of Mary was the lineup featuring Ron Tutt on drums from December 1974 to July 1975, a little more than 60 shows. This set marks the first official release of Legion Of Mary material (The lineup with Paul Humphrey on drums—usually known as Garcia and Saunders, although I never had an official name—was nicely documented in a September 1974 Keystone Berkeley show released in 2004 as part of the Pure Jerry series available through jerrygarcia.com.)

It was sometime in early 1970—in the dark ages before fans began to surreptitiously record shows with any regularity, or compulsively make lists of songs played at different concerts and club appearances—that Garcia started playing loose jam sessions with jazz-rock organist Howard Wales, the taciturn bassist John Kahn, and drummer Bill Vitt at a San Francisco club called the Matrix. Garcia had begun playing with the Grateful Dead for about five years at that point and saw the group go from a quirky mainstay of the local rock ballroom scene to a successful national act with rabid fans. The word Deadhead didn't yet exist, but they were already out there (no pun intended). Garcia's thirst for playing music was insatiable—thus his decision to start

playing with Wales whenever he wasn't on the road with the Dead. And as if that wasn't enough, Garcia also helped launch the country-rock group New Riders Of The Purple Sage, playing sweet and deliciously strange pedal steel.

It was around this time that a young sax player named Martin Fierro first encountered Garcia.

"I met Jerry in Golden Gate Park, but I didn't really understand who he was at first," Fierro says. "I was there with a friend who was a conga player, and there were probably 40 other conga players there, pounding their drums and making a lot of noise. I would play along with them, a lot of horn players would do that. So this guy came up to me and he introduced himself and said, 'Hey, man, you play pretty good. Where are you from?' I said 'El Paso.' 'How long you been in town?' 'Oh, about a week.' And then he said, 'I'm playing a gig at the Matrix, over on Fillmore. You want to come down and play with us?' We've got this organ player, Howard Wales. And the funny thing is, I knew Howard from El Paso, he was hanging out there for a while.' So I said 'Sure, I'll be there.' And I wasn't until I got there that I really understood that this was Jerry.' He had Bill Vitt on drums and John Kahn on bass. We had a great time, and Jerry said, 'I'll be calling on you.' We became friends immediately." It was love at first bite, man.

In El Paso Fierro had paid his dues, first as a rock and R&B player, coming out of the Fats Domino and Little Richard style of playing — guys like Joe Houston and Earl Bostic — and then playing jazz for many years. "I listened to everybody — Cannonball Adderley, Charlie Parker, Dexter Gordon. John Coltrane was big in my life, all the usual suspects, man," he says with a laugh.

Fierro jammed only sporadically with Garcia and Wales, but he did play a prominent role on the lone album to come from that collaboration, Hooteroll? Wales eventually drifted off in another directions, but Garcia, Kahn, and Vitt kept their jam nights together, and Merl Saunders soon moved into the keyboard slot. Shortly after Saunders joined, the jams moved to a club called the Keystone Korner in the North Beach section of San Francisco.

"Saunders was older and more experienced than the others, having played jazz and R&B around town for many years. His influences included Hammond B-3 masters such as Jimmy Smith and Jack McDuff, and he'd worked with the likes of Oscar Brown, Dinah Washington, and even Miles Davis. At the outset the group played mostly funk-flavored instrumentals by Saunders and a few jazz standards — new territory for Garcia — but over time they developed a repertoire that included a few R&B and rock tunes sung by Garcia as well. Garcia and Saunders would jam and, solo to their hearts' content, and this was also a group that was not afraid to go into deep, dissonant, improvisational spaces in the grateful Dead tradition. Fierro says, with this group too,

on occasion and he could see that Garcia clearly relished the opportunity to play in a more traditional jazz context than the Dead afforded.

"At first, Jerry didn't really know how to play jazz," Fierro recalls, "but Howard and then Merl and myself, little by little influenced him about how to go about getting the feeling for playing in that idiom, because jazz really is like its own language. We talked a lot about it and he was so smart and had such a good ear, he could pick stuff up immediately. He would absorb everything so fast, he was like a sponge, man. Everything that went in stayed, and he could get something first time through. Amazing!"

The Garcia-Saunders band went through numerous permutations. In the early '70s, former Creedence Clearwater Revival guitarist Tom Fogerty was a member for a while, as was Santana percussionist Armando Peraza, a little-known singer named Sarah Fulcher, and Bill Kreutzmann would play drums when Bill Vitt wasn't available. Because of the Grateful Dead's demanding schedule, the group was mostly limited to playing Bay Area clubs, in between Dead tours — it wasn't until a pair of gigs in New York and New Jersey in September 1973 that the band even left the state. Garcia was determined to keep the club band low-key at a time when the Dead were being forced by their massive popularity to play in small stadiums. "The Garcia-Saunders band has a lot less pressure associated with it because we haven't made an effort to get famous, as it," Garcia said in 1973. "That's one of the things that makes it possible I couldn't stand the pressure of being a double celebrity. It's a drag just being one."

Martin Fierro got a taste of Garcia's scene life with the pressure of life with the Grateful Dead when he and trumpeter Joe Ellis sat in with the Dead for eight shows in September 1973. The previous month both had played on a couple of tracks of the Dead's album-in-progress, Wake Of The Flood, so they were invited to sit in on a few songs at each show (as well as being part of the opening act Doug Sahm's band). "The Deadheads hated me," Fierro notes with a laugh. "They really didn't want to hear horns with the Grateful Dead. There was a lot of animosity. I heard a lot of negative comments. It's a good thing the internet wasn't around back then."

But Garcia clearly didn't hate Fierro — that same autumn Fierro was finally asked to join the Garcia-Saunders lineup as a full member, and he hit the ground running. "Jerry wanted to play even more jazz," Fierro says, "and he encouraged me to bring in new tunes. Oh, man, we were doing all sorts of stuff. We did 'Freedom Jazz Dance' by Eddie Harris, 'Little Sunflower' by Freddie Hubbard. We'd play some Miles. He loved the Latin tunes we used to play. I would include a handful by Fierro. He was always up for anything. I don't think I ever heard him say he didn't like some style of music. I never heard him say he didn't like a song for a tempo. He ate it all up."