JONATHAN R. BASS (State Bar No. 75779)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-jrb@cpdb.com

Attorneys for Defendant Deborah Koons Garcia

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MORA, as Trustee of The Merl Saunders Trust; MERL SAUNDERS, JR., as Trustee of The Merl Saunders Trust; and TONY SAUNDERS, as Trustee of The Merl Saunders Trust,<br><br>Plaintiffs,<br><br>v.<br><br>JERRY GARCIA ESTATE LLC, a California limited liability company, JERRY GARCIA FAMILY LLC, a California limited liability company, RHINO ENTERTAINMENT COMPANY, a Delaware corporation; WARNER MUSIC GROUP CORP., a Delaware corporation; WARNER STRATEGIC MARKETING, INC., a Delaware corporation; DEBORAH KOONS-GARCIA (sued as DOE 1), an individual; DEBORAH KOONS-GARCIA (sued as DOE 2) and DAVID HELLMAN (sued as DOE 3), and DOES 5 through 10, as Trustees of the KEELIN GARCIA TESTAMENTARY TRUST (sued as DOE 4); and DOES 11 through 1000, inclusive,<br><br>Defendants. | Case No. CV 08 5772 PVT<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT DEBORAH KOONS GARCIA TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(N.D. CAL. CIV. L.R. 6-1(a))** |

12585.009.1491044v1     1     Case No. CV 08 5773 PVT

**STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

**STIPULATION EXTENDING TIME FOR DEFENDANT
DEBORAH KOONS GARCIA TO RESPOND
TO FIRST AMENDED COMPLAINT
(N.D. CAL. CIV. L.R. 6-1(a))**

Pursuant to Civil Local Rule 6.1(a), IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendant Deborah Koons Garcia, by and through their undersigned counsel, that Deborah Koons Garcia's time to respond to Plaintiffs' First Amended Complaint (filed on June 26, 2009 [Docket No. 11]) is hereby extended up to and including August 9, 2010.

**IT IS SO STIPULATED.**

DATED: July 8, 2010                COBLENTZ, PATCH, DUFFY & BASS LLP

By: /S/
Jonathan R. Bass
Attorneys for Defendant Deborah Koons Garcia

DATED: July 9, 2010                IDELL AND SEITEL, LLP

By: /S/
Richard J. Idell
Attorneys for Plaintiffs

**IT IS SO ORDERED:**

Dated: July 20, 2010

*Patricia V. Trumbull*
United States District Judge