JONATHAN R. BASS (State Bar No. 75779)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-jrb@cpdb.com

Attorneys for Defendant Deborah Koons Garcia

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SUSAN MORA, as Trustee of The Merl Saunders Trust; MERL SAUNDERS, JR., as Trustee of The Merl Saunders Trust; and TONY SAUNDERS, as Trustee of The Merl Saunders Trust,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>JERRY GARCIA ESTATE LLC, a California limited liability company, JERRY GARCIA FAMILY LLC, a California limited liability company, RHINO ENTERTAINMENT COMPANY, a Delaware corporation; WARNER MUSIC GROUP CORP., a Delaware corporation; WARNER STRATEGIC MARKETING, INC., a Delaware corporation; DEBORAH KOONS-GARCIA (sued as DOE 1), an individual; DEBORAH KOONS-GARCIA (sued as DOE 2) and DAVID HELLMAN (sued as DOE 3), and DOES 5 through 10, as Trustees of the KEELIN GARCIA TESTAMENTARY TRUST (sued as DOE 4); and DOES 11 through 1000, inclusive,<br><br>　　　　Defendants. | Case No. CV 08 5772 PVT<br><br>**ANSWER OF DEFENDANT DEBORAH KOONS GARCIA TO FIRST AMENDED COMPLAINT** |

Defendant Deborah Koons Garcia answers the First Amended Complaint in this matter as follows.  In so answering, Deborah Koons Garcia admits and denies the allegations insofar as they appear to be directed at her.  She lacks knowledge and information as to the acts and omissions of any other defendant, and does not purport to answer the allegations on their behalf, or with reference to any acts or omissions on their part:

## NATURE OF COMPLAINT

1. Defendant lacks knowledge and information sufficient to form a belief as to truth of the allegations contained in Paragraph 1.

2. Defendant denies the allegations contained in Paragraph 2.

3. Defendant denies the allegations contained in the first paragraph denominated as Paragraph 3.

## JURISDICTION AND VENUE

4. Answering the allegations contained in the second paragraph denominated as Paragraph 3, Defendant admits that the Court has jurisdiction over the claims arising under federal law.  Defendant denies the remaining allegations contained in said Paragraph 3.

5. Answering the allegation contained in Paragraph 4, Defendant admits that she resides in Marin County, California.  Defendant lacks knowledge and information sufficient to form a belief as to the remaining allegations contained in Paragraph 4.

6. Defendant admits the allegations contained in Paragraph 5.

## PARTIES

7. Defendant lacks knowledge and information sufficient to form a belief as to truth of the allegations contained in Paragraph 6.

8. Defendant lacks knowledge and information sufficient to form a belief as to truth of the allegations contained in Paragraph 7.

9. Answering the allegations contained in Paragraph 8, Defendant admits that Jerry Garcia Estate LLC is a dissolved California limited liability company, and that it was formed by the heirs of Jerome Garcia.  Defendant denies the remaining allegations contained in Paragraph 8.

10. Defendant lacks knowledge and information sufficient to form a belief as to truth of

Coblentz, Patch, Duffy & Bass LLP
One Ferry Building, Suite 200, San Francisco, California 94111-4213
415.391.4800 · Fax 415.989.1663

the allegations contained in Paragraph 9.

11. Defendant lacks knowledge and information sufficient to form a belief as to truth of the allegations contained in Paragraph 10.

12. Defendant lacks knowledge and information sufficient to form a belief as to truth of the allegations contained in Paragraph 11.

13. Defendant lacks knowledge and information sufficient to form a belief as to truth of the allegations contained in Paragraph 12.

14. Answering the allegations contained in Paragraph 13, Defendant admits that she was a member of Jerry Garcia Estate, LLC. Defendant denies the remaining allegations contained in Paragraph 13.

15. Defendant denies the allegations contained in Paragraph 14.

16. Defendant denies the allegations contained in Paragraph 14.

## GENERAL ALLEGATIONS

17. Defendant lacks knowledge and information sufficient to form a belief as to truth of the allegations contained in Paragraph 16.

18. Defendant lacks knowledge and information sufficient to form a belief as to truth of the allegations contained in Paragraph 17.

19. Defendant lacks knowledge and information sufficient to form a belief as to truth of the allegations contained in Paragraph 18.

20. Defendant lacks knowledge and information sufficient to form a belief as to truth of the allegations contained in Paragraph 19.

21. Answering the allegations contained in Paragraph 20, Defendant lacks knowledge and information sufficient to form a belief as to truth of the allegations contained in the first two sentences thereof. Defendant denies the remaining allegations contained in Paragraph 20.

22. Defendant lacks knowledge and information sufficient to form a belief as to truth of the allegations contained in Paragraph 21.

23. Defendant denies the allegations contained in Paragraph 22.

24. Defendant lacks knowledge and information sufficient to form a belief as to truth of

1  the allegations contained in Paragraph 23.

2  25. Defendant lacks knowledge and information sufficient to form a belief as to truth of
3  the allegations contained in Paragraph 24.

4  26. Defendant lacks knowledge and information sufficient to form a belief as to truth of
5  the allegations contained in Paragraph 25.

6  27. Defendant lacks knowledge and information sufficient to form a belief as to truth of
7  the allegations contained in Paragraph 26.

8  28. Defendant lacks knowledge and information sufficient to form a belief as to truth of
9  the allegations contained in Paragraph 26.

10 29. Defendant lacks knowledge and information sufficient to form a belief as to truth of
11 the allegations contained in Paragraph 28.

12 30. Defendant lacks knowledge and information sufficient to form a belief as to truth of
13 the allegations contained in Paragraph 29.

14 31. Defendant lacks knowledge and information sufficient to form a belief as to truth of
15 the allegations contained in Paragraph 30.

16 32. Defendant lacks knowledge and information sufficient to form a belief as to truth of
17 the allegations contained in Paragraph 31.

18 33. Defendant lacks knowledge and information sufficient to form a belief as to truth of
19 the allegations contained in Paragraph 32.

20 34. Defendant lacks knowledge and information sufficient to form a belief as to truth of
21 the allegations contained in Paragraph 33.

## PLAINTIFFS' COUNTS AGAINST DEFENDANTS

### COUNT I

**False Endorsement and Unfair Competition**

**[Lanham Act § 43(a), 15 U.S.C. § 1125(a)]**

26 35. Defendant incorporates her responses to the previous allegations of the Complaint.

27 36. Defendant lacks knowledge and information sufficient to form a belief as to truth of
28 the allegations contained in Paragraph 35.

37. Defendant lacks knowledge and information sufficient to form a belief as to truth of the allegations contained in Paragraph 36.

38. Defendant lacks knowledge and information sufficient to form a belief as to truth of the allegations contained in Paragraph 37.

39. Defendant lacks knowledge and information sufficient to form a belief as to truth of the allegations contained in Paragraph 38.

40. Defendant denies the allegations contained in Paragraph 39.

41. Defendant denies the allegations contained in Paragraph 40.

## COUNT II

### Violation of Statutory Right of Publicity

### [Cal. Civil Code §3344]

42. Defendant incorporates her responses to the previous allegations of the Complaint.

43. Defendant denies the allegations contained in Paragraph 42.

44. Defendant denies the allegations contained in Paragraph 43.

45. Defendant denies the allegations contained in Paragraph 44.

46. Defendant denies the allegations contained in Paragraph 45.

## COUNT III

### Violation of Statutory Right of Publicity – Deceased Personality

### [Cal. Civil Code §3344.1]

47. Defendant incorporates her responses to the previous allegations of the Complaint.

48. Defendant denies the allegations contained in Paragraph 47.

49. Defendant denies the allegations contained in Paragraph 48.

50. Defendant denies the allegations contained in Paragraph 49.

51. Defendant denies the allegations contained in Paragraph 50.

## COUNT IV

### Accounting

52. Defendant incorporates her responses to the previous allegations of the Complaint.

53. Defendant denies the allegations contained in Paragraph 52.

54. Defendant denies the allegations contained in Paragraph 53.

55. Defendant denies the allegations contained in Paragraph 54.

## COUNT V

### Injunctive Relief

### [15 U.S.C. § 1116(a)]

56. Defendant incorporates her responses to the previous allegations of the Complaint.

57. Defendant denies the allegations contained in Paragraph 56.

58. Defendant denies the allegations contained in Paragraph 57.

59. Defendant denies the allegations contained in Paragraph 58.

## COUNT VI

### Declaratory Relief

60. Defendant incorporates her responses to the previous allegations of the Complaint.

61. Defendant denies the allegations contained in Paragraph 60.

62. Defendant denies the allegations contained in Paragraph 61.

63. Defendant denies the allegations contained in Paragraph 62.

64. Defendant denies the allegations contained in Paragraph 63.

## COUNT VII

### Violation of California's Law Against Unfair Competition

65. Defendant incorporates her responses to the previous allegations of the Complaint.

66. Defendant denies the allegations contained in Paragraph 65.

67. Defendant denies the allegations contained in Paragraph 66.

68. Defendant denies the allegations contained in Paragraph 67.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The First Amended Complaint fails to state facts upon which relief can be granted against Defendant.

### SECOND AFFIRMATIVE DEFENSE

Counts II, III and VII of the First Amended Complaint are preempted by federal law.

### THIRD AFFIRMATIVE DEFENSE

The claims asserted, and relief sought, in the First Amended Complaint are barred by the applicable statutes of limitations.

### FOURTH AFFIRMATIVE DEFENSE

The claims asserted, and relief sought, in the First Amended Complaint are barred by the doctrine of laches.

### FIFTH AFFIRMATIVE DEFENSE

The claims asserted, and relief sought, in the First Amended Complaint are barred by the doctrine of estoppel.

### SIXTH AFFIRMATIVE DEFENSE

The claims asserted, and relief sought, in the First Amended Complaint are barred by the doctrine of waiver.

### SEVENTH AFFIRMATIVE DEFENSE

The claims asserted, and relief sought, in the First Amended Complaint are barred by the consent granted by plaintiffs' predecessor in interest.

### EIGHTH AFFIRMATIVE DEFENSE

The claims asserted, and relief sought, in the First Amended Complaint are barred by the failure of plaintiffs' predecessor in interest to submit a claim to any of the subject property with the Estate of Jerome Garcia.

### NINTH AFFIRMATIVE DEFENSE

The acts and omissions alleged in Counts I, II, III, IV, V and VII of the First Amended Complaint do not involve, nor do they purport to involve, Defendant, in any respect whatsoever, and there are no allegations that would support a claim of joint, collective or vicarious liability on the part of Defendant with respect to said Counts.

### TENTH AFFIRMATIVE DEFENSE

Plaintiffs have failed to take reasonable measure to mitigate their damages, if any.

WHEREFORE, Defendant prays:

1. That plaintiffs take nothing by their Complaint;

2. For costs of suit;

3. For an award of reasonable attorneys' fees; and

4. For such other and further relief as the Court deems proper

DATED: August 9, 2010                    COBLENTZ, PATCH, DUFFY & BASS LLP

By: _____/S/_____
    Jonathan R. Bass
    Attorneys for Defendant Deborah Koons Garcia

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA  94111-4213
415.391.4800 · FAX 415.989.1663

12585.009.1516782v1                        7                      Case No. CV 08 5772 PVT
**ANSWER OF DEFENDANT DEBORAH KOONS GARCIA TO FIRST AMENDED COMPLAINT**