1  LAWRENCE K. ROCKWELL, #72410
   ERIC DONEY, #76260
2  ERIC A. HANDLER, #224637
   DONAHUE GALLAGHER WOODS LLP
3  Attorneys at Law
   591 Redwood Highway, Suite 1200
4  Mill Valley, California 94941-6000
   Telephone:    (510) 381-6000
5  Facsimile:    (510) 381-7515

6  Attorneys for Defendants
   JERRY GARCIA FAMILY LLC
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  SUSAN MORA, as Trustee of The Merl        CASE NO.  3:08-cv-05772-RS
    Saunders Trust; MERL SAUNDERS, JR.,
12  as Trustee of the Merl Saunders Trust; and  **ANSWER OF DEFENDANT JERRY**
    TONY SAUNDERS, as Trustee of the          **GARCIA FAMILY LLC TO FIRST**
13  Merl Saunders Trust,                       **AMENDED COMPLAINT**

14              Plaintiffs,

15         v.

16  JERRY GARCIA ESTATE, LLC, a
    California limited liability company;
17  JERRY GARCIA FAMILY, LLC, a
    California limited liability company;
18  RHINO ENTERTAINMENT COMPANY,
    a Delaware corporation; WARNER
19  MUSIC GROUP, a Delaware corporation;
    WARNER STRATEGIC MARKETING,
20  INC., a Delaware corporation; DEBORAH
    KOONS-GARCIA (sued as DOE 1), an
21  individual; DEBORAH KOONS-GARCIA
    (sued as DOE 2) and DAVID HELLMAN
22  (sued as DOE 3) and DOES 5 through 10,
    as Trustees of the KEELIN GARCIA
23  TESTAMENTARY TRUST (sued as DOE
    4); and DOES 11 through 1000, inclusive,
24
                Defendants.
25

26

27

28

Defendant JERRY GARCIA FAMILY LLC answers the First Amended Complaint in this matter as follows.  In so answering, JERRY GARCIA FAMILY LLC admits and denies the allegations insofar as they appear to be directed at it.  JERRY GARCIA FAMILY LLC lacks knowledge and information as to the acts and omissions of any other defendant, and does not purport to answer the allegations on their behalf, or with reference to any acts or omissions on their part:

## NATURE OF COMPLAINT

1.     JERRY GARCIA FAMILY LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 1 and on that basis denies said allegations.

2.     JERRY GARCIA FAMILY LLC denies the allegations contained in Paragraph 2.

3.     JERRY GARCIA FAMILY LLC denies the allegations contained in Paragraph 3.

## JURISDICTION AND VENUE

4.     Answering the allegations contained in the second of two paragraphs denominated as Paragraph 3, JERRY GARCIA FAMILY LLC admits that the Court has jurisdiction over claims arising under federal law.   JERRY GARCIA FAMILY LLC denies the remaining allegations contained in said Paragraph 3.

5.     Answering the allegations contained in Paragraph 4, JERRY GARCIA FAMILY LLC admits that it does business in Marin County, California, and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in Paragraph 4 and on that basis denies said allegations.

6.     JERRY GARCIA FAMILY LLC admits the allegations contained in Paragraph 5.

## PARTIES

7.     JERRY GARCIA FAMILY LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 6 and on that basis denies said allegations.

8.     Answering the allegations contained in Paragraph 7, JERRY GARCIA FAMILY LLC admits that it is a California limited liability company doing business at 591 Redwood

-1-

1    Highway, Suite 1200, Mill Valley, California 94941.   JERRY GARCIA FAMILY LLC denies

2    the remaining allegations contained in Paragraph 7.

3          9.    Answering the allegations contained in Paragraph 8, JERRY GARCIA FAMILY

4    LLC admits that Defendant JERRY GARCIA ESTATE, LLC is a dissolved California limited

5    liability company and that JERRY GARCIA ESTATE, LLC was formed by heirs of Jerome

6    Garcia.   JERRY GARCIA FAMILY LLC denies the remaining allegations contained in

7    Paragraph 8.

8          10.    JERRY GARCIA FAMILY LLC lacks knowledge or information sufficient to

9    form a belief about the truth of the allegations contained in Paragraph 9 and on that basis denies

10    said allegations.

11          11.    JERRY GARCIA FAMILY LLC lacks knowledge or information sufficient to

12    form a belief about the truth of the allegations contained in Paragraph 10 and on that basis denies

13    said allegations.

14          12.    JERRY GARCIA FAMILY LLC lacks knowledge or information sufficient to

15    form a belief about the truth of the allegations contained in Paragraph 11 and on that basis denies

16    said allegations.

17          13.    JERRY GARCIA FAMILY LLC denies the allegations contained in Paragraph 12

18    as to JERRY GARCIA FAMILY LLC, and lacks knowledge or information sufficient to form a

19    belief about the truth of the remaining allegations contained in Paragraph 12 and on that basis

20    denies said allegations.

21          14.    JERRY GARCIA FAMILY LLC admits that Deborah Koons Garcia was a

22    member of the Jerry Garcia Estate, LLC and lacks knowledge or information sufficient to form a

23    belief about the truth of the remaining allegations contained in Paragraph 13 and on that basis

24    denies said allegations.

25          15.    JERRY GARCIA FAMILY LLC denies the allegations contained in Paragraph 14.

26          16.    JERRY GARCIA FAMILY LLC denies the allegations contained in Paragraph 15.

27

28

**GENERAL ALLEGATIONS**

17.    JERRY GARCIA FAMILY LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 16 and on that basis denies said allegations.

18.    JERRY GARCIA FAMILY LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 17 and on that basis denies said allegations.

19.    JERRY GARCIA FAMILY LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 18 and on that basis denies said allegations.

20.    JERRY GARCIA FAMILY LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 19 and on that basis denies said allegations.

21.    Answering the allegations contained in Paragraph 20, JERRY GARCIA FAMILY LLC denies the allegations contained in Paragraph 20 as to the Master Tapes being joint property. Except as specifically denied, JERRY GARCIA FAMILY LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies said allegations.

22.    JERRY GARCIA FAMILY LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 21 and on that basis denies said allegations.

23.    JERRY GARCIA FAMILY LLC denies the allegations contained in Paragraph 22.

24.    JERRY GARCIA FAMILY LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 23 and on that basis denies said allegations.

25.    JERRY GARCIA FAMILY LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 24 and on that basis denies said allegations.

-3-

26.     JERRY GARCIA FAMILY LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 25 and on that basis denies said allegations.

27.     JERRY GARCIA FAMILY LLC lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in Paragraph 26 and on that basis denies said allegations.

28.     JERRY GARCIA FAMILY LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 27 and on that basis denies said allegations.

29.     JERRY GARCIA FAMILY LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 28 and on that basis denies said allegations.

30.     JERRY GARCIA FAMILY LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 29 and on that basis denies said allegations.

31.     JERRY GARCIA FAMILY LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 30 and on that basis denies said allegations.

32.     JERRY GARCIA FAMILY LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 31 and on that basis denies said allegations.

33.     JERRY GARCIA FAMILY LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 32 and on that basis denies said allegations.

34.     JERRY GARCIA FAMILY LLC denies the allegations contained in Paragraph 33.

-4-

## PLAINTIFFS' COUNTS AGAINST DEFENDANTS

## COUNT 1

## FALSE ENDORSEMENT AND UNFAIR COMPETITION

## [LANHAM ACT § 43(A), 15 U.S.C. § 1125(A)]

35.     JERRY  GARCIA  FAMILY  LLC  incorporates  its  responses  to  the  previous allegations of the Complaint.

36.     JERRY  GARCIA  FAMILY  LLC  lacks  knowledge  or  information  sufficient  to form a belief about the truth of the allegations contained in Paragraph 35 and on that basis denies said allegations.

37.     JERRY GARCIA FAMILY LLC denies the allegations contained in Paragraph 36.

38.     JERRY GARCIA FAMILY LLC denies the allegations contained in Paragraph 37.

39.     JERRY GARCIA FAMILY LLC denies the allegations contained in Paragraph 38.

40.     JERRY GARCIA FAMILY LLC denies the allegations contained in Paragraph 39.

41.     JERRY GARCIA FAMILY LLC denies the allegations contained in Paragraph 40.

## COUNT II

## VIOLATION OF STATUTORY RIGHT OF PUBLICITY

## [CAL. CIVIL CODE § 3344]

42.     JERRY  GARCIA  FAMILY  LLC  incorporates  its  responses  to  the  previous allegations of the Complaint.

43.     JERRY GARCIA FAMILY LLC denies the allegations contained in Paragraph 42.

44.     JERRY GARCIA FAMILY LLC denies the allegations contained in Paragraph 43 as said allegations are not a statement of a claim but instead assert conclusions of law.

45.     JERRY GARCIA FAMILY LLC denies the allegations contained in Paragraph 44.

46.     JERRY GARCIA FAMILY LLC denies the allegations contained in Paragraph 45.

1
2
3

## COUNT III

## VIOLATION OF STATUTORY RIGHT OF PUBLICITY – DECEASED PERSONALITY

## [CAL. CIVIL CODE § 3344.1]

4        47.   JERRY GARCIA FAMILY LLC incorporates its responses to the previous
5   allegations of the Complaint.

6        48.   JERRY GARCIA FAMILY LLC denies the allegations contained in Paragraph 47.

7        49.   JERRY GARCIA FAMILY LLC denies the allegations contained in Paragraph 48
8   as said allegations are not a statement of a claim but instead assert conclusions of law.

9        50.   JERRY GARCIA FAMILY LLC denies the allegations contained in Paragraph 49.

10       51.   JERRY GARCIA FAMILY LLC denies the allegations contained in Paragraph 50.

11

## COUNT IV

12

## ACCOUNTING

13       52.   JERRY GARCIA FAMILY LLC incorporates its responses to the previous
14  allegations of the Complaint.

15       53.   JERRY GARCIA FAMILY LLC denies the allegations contained in Paragraph 52.

16       54.   JERRY GARCIA FAMILY LLC denies the allegations contained in Paragraph 53.

17       55.   JERRY GARCIA FAMILY LLC denies the allegations contained in Paragraph 54.

18

## COUNT V

19

## INJUNCTIVE RELIEF

20

## [15 U.S.C. § 1116(A)]

21       56.   JERRY GARCIA FAMILY LLC incorporates its responses to the previous
22  allegations of the Complaint.

23       57.   JERRY GARCIA FAMILY LLC denies the allegations contained in Paragraph 56.

24       58.   JERRY GARCIA FAMILY LLC denies the allegations contained in Paragraph 57.

25       59.   JERRY GARCIA FAMILY LLC denies the allegations contained in Paragraph 58.

26
27
28

-6-

**COUNT VI**

**DECLARATORY RELIEF**

60.     JERRY GARCIA FAMILY LLC incorporates its responses to the previous allegations of the Complaint.

61.     JERRY GARCIA FAMILY LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 60 and on that basis denies said allegations.

62.     Answering the allegations of Paragraph 61, JERRY GARCIA FAMILY LLC denies Plaintiffs' contention and admits Plaintiffs state Plaintiffs' contentions.   Except as specifically denied or admitted the JERRY GARCIA FAMILY LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 61 and on that basis denies said allegations.

63.     Answering the allegations of Paragraph 62, JERRY GARCIA FAMILY LLC denies Plaintiffs' contention and admits Plaintiffs state Plaintiffs' contentions.   Except as specifically denied or admitted the JERRY GARCIA FAMILY LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 62 and on that basis denies said allegations.

64.     JERRY GARCIA FAMILY LLC lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 63 and on that basis denies said allegations.

**COUNT VII**

**VIOLATION OF CALIFORNIA'S LAW AGAINST UNFAIR COMPETITION**

65.     JERRY GARCIA FAMILY LLC incorporates its responses to the previous allegations of the Complaint.

66.     JERRY GARCIA FAMILY LLC denies the allegations contained in Paragraph 65.

67.     JERRY GARCIA FAMILY LLC denies the allegations contained in Paragraph 66.

68.     JERRY GARCIA FAMILY LLC denies the allegations contained in Paragraph 67.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

**(FAILURE TO STATE A CLAIM)**

The First Amended Complaint fails to state facts sufficient to constitute a claim upon which relief can be granted against JERRY GARCIA FAMILY LLC.

**SECOND AFFIRMATIVE DEFENSE**

**(PREEMPTION)**

Counts II, III, and VII of the First Amended Complaint are preempted by Federal law.

**THIRD AFFIRMATIVE DEFENSE**

**(STATUTE OF LIMITATIONS)**

The claims asserted, and relief sought, in the First Amended Complaint are barred by the applicable statute of limitations.

**FOURTH AFFIRMATIVE DEFENSE**

**(LACHES)**

The claims asserted, and relief sought, in the First Amended Complaint are barred by the doctrine of laches.

**FIFTH AFFIRMATIVE DEFENSE**

**(ESTOPPEL)**

The claims asserted, and relief sought, in the First Amended Complaint are barred by the doctrine of estoppel.

**SIXTH AFFIRMATIVE DEFENSE**

**(WAIVER)**

The claims asserted, and relief sought, in the First Amended Complaint are barred by the doctrine of waiver.

**SEVENTH AFFIRMATIVE DEFENSE**

**(UNCLEAN HANDS)**

The claims asserted, and relief sought, in the First Amended Complaint are barred by the doctrine of unclean hands.

-8-

**EIGHTH AFFIRMATIVE DEFENSE**

**(CONSENT)**

The claims asserted, and relief sought, in the First Amended Complaint are barred by the consent granted by Plaintiffs' predecessor in interest.

**NINTH AFFIRMATIVE DEFENSE**

**(LICENSE)**

The claims asserted, and relief sought, in the First Amended Complaint are barred by the express or implied license or authorization granted by Plaintiffs' predecessor in interest.

**TENTH AFFIRMATIVE DEFENSE**

**(DISCHARGE IN PROBATE)**

The claims asserted, and relief sought, in the First Amended Complaint are barred by the failure of Plaintiffs' predecessor in interest to submit a claim to any of the subject property within the Estate of Jerome Garcia.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(NO JOINT LIABILITY)**

The acts and omissions alleged in Counts I, II, III, IV, V, and VII of the First Amended Complaint do not involve, nor do they purport to involve, JERRY GARCIA FAMILY LLC, in any respect whatsoever, and there are no allegations that would support a claim of joint, collective, or vicarious liability on the part of JERRY GARCIA FAMILY LLC with respect to said Counts.

**TWELFTH AFFIRMATIVE DEFENSE**

**(FAILURE TO MITIGATE)**

Plaintiffs have failed to take reasonable measures to mitigate their damages, if any.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(FAIR USE)**

JERRY GARCIA FAMILY LLC's alleged conduct, if any, constitutes fair use, including but not limited to nominative fair use.

1

**FOURTEENTH AFFIRMATIVE DEFENSE**

2

**(ABANDONMENT)**

3

     The rights asserted by Plaintiffs do not exist because Plaintiffs or Plaintiffs' predecessor in

4

interest abandoned the rights, if ever any existed.

5

**FIFTEENTH AFFIRMATIVE DEFENSE**

6

**(FRAUD/MISREPRESENTATION)**

7

     The claims asserted, and relief sought, in the First Amended Complaint are barred because

8

the alleged conduct, if any, was procured by the fraud and misrepresentations by Plaintiffs,

9

thereby voiding any obligations allegedly owed by JERRY GARCIA FAMILY LLC to Plaintiff.

10

**SIXTEENTH AFFIRMATIVE DEFENSE**

11

**(OFFSET)**

12

     Plaintiffs' claims for compensatory damages, if any, must be offset by monies received

13

from any other source, if any, or must be offset by monies still owed by Plaintiffs, or subject to

14

setoff based on the acts and wrongdoing of Plaintiffs.

15

Dated: February 17, 2011

       DONAHUE GALLAGHER WOODS LLP

16

17

By: _____

18

     Lawrence K. Rockwell
     Attorneys for Defendants

19

     JERRY GARCIA FAMILY LLC

20

21

22

23

24

25

26

27

28

ANSWER TO COMPLAINT      CASE NO. 3:08cv05772-RS