1  RICHARD J. IDELL (SBN 69033)
   ORY SANDEL (SBN 233204)
2  IDELL & SEITEL LLP
3  465 California Street, Suite 300
   San Francisco, CA 94104
4  Telephone: (415) 986-2400
   Facsimile: (415) 392-9259
5  *Attorneys for Plaintiffs*

6
   ERIC DONEY (SBN 76260)
7  LAWRENCE K. ROCKWELL (SBN 72410)
   ERIC A. HANDLER (SBN 224637)
8  DONAHUE GALLAGHER WOODS LLP
9  591 Redwood Hwy, Suite 1200
   Mill Valley, CA 94941-6000
10 Telephone: (415) 381-4161
   Facsimile: (415) 381-7515
11
   *Attorneys for Defendants Jerry Garcia Family LLC*
12 *and Keelin Garcia, as successor to Defendant*
   *Keelin Garcia Testamentary Trust*
13
14 JONATHAN BASS (SBN 75779)
   COBLENTZ, PATCH, DUFFY & BASS LLP
15 One Ferry Building, Suite 200
   San Francisco, CA 94111
16 Telephone: (415) 391-4800
17 Facsimile: (415) 989-1663
   *Attorneys for Defendant Deborah Koons-Garcia*
18

19                  **UNITED STATES DISTRICT COURT**

20                  **NORTHERN DISTRICT OF CALIFORNIA**

21 | SUSAN MORA, as Trustee of The Merl Saunders | Case No: CV 08 5772 RS |
   | Trust; MERL SAUNDERS, JR., as Trustee of The | **STIPULATION RE: CONTINUANCE OF** |
22 | Merl Saunders Trust; and TONY SAUNDERS, as | **CASE MANAGEMENT CONFERENCE;** |
23 | Trustee of The Merl Saunders Trust, | **[PROPOSED] ORDER** |
   | Plaintiffs, | **From:** |
24 | v. | **Date**: May 5, 2011 |
25 | JERRY GARCIA ESTATE, LLC, a California | **Time**: 10:00 a.m. |
26 | limited liability company; JERRY GARCIA | **Courtroom**: 3 |
27 | FAMILY, LLC, a California limited liability | **To:** |
   | company; RHINO ENTERTAINMENT | **Date**: June 9, 2011 |
28 | COMPANY, a Delaware corporation; WARNER | |

*1*
*2*
*3*
*4*
*5*
*6*
*7*

| | |
|---|---|
| MUSIC GROUP CORP., a Delaware corporation; WARNER STRATEGIC MARKETING, INC., a Delaware corporation; DEBORAH KOONS-GARCIA (sued as DOE 1), an individual; DEBORAH KOONS-GARCIA (sued as DOE 2) and DAVID HELLMAN (sued as DOE 3) and DOES 5 through 10, as Trustees of the KEELIN GARCIA TESTAMENTARY TRUST (sued as DOE 4); and DOES 11 through 1000, inclusive,<br>                     Defendants. | **Time**:  10:00 a.m.<br>**Courtroom**:   3<br>Honorable Richard Seeborg, Presiding<br>[E-FILING] |

*8*
*9*
*10*
*11*
*12*
*13*
*14*
*15*

This Stipulation is entered into by and between SUSAN MORA, as Trustee of The Merl Saunders Trust; MERL SAUNDERS, JR., as Trustee of The Merl Saunders Trust; and ANTHONY SAUNDERS WASHINGTON, as Trustee of The Merl Saunders Trust (collectively "Plaintiffs"), on the one hand, and JERRY GARCIA FAMILY, LLC, a California limited liability company (the "Family LLC"); KEELIN GARCIA, as successor to the KEELIN GARCIA TESTAMENTARY TRUST ("K. Garcia"); and DEBORAH KOONS-GARCIA, an individual ("D. Garcia"), on the other hand.  The Family LLC, K. Garcia and D. Garcia may be collectively referred to herein as "Defendants."  Plaintiffs and Defendant may be referred to herein severally as a "Party" or jointly as the "Parties."

*16*

This Stipulation is made with reference to the following recitals:

*17*
*18*
*19*
*20*
*21*

WHEREAS, Plaintiffs, the Family LLC, K. Garcia and other members of the Family LLC, as well as Jerry Garcia Estate, LLC, have agreed to the substantive terms of settlement and are actively negotiating the memorialization thereof, and if the settlement is completed, Plaintiffs' claims against Defendants Rhino Entertainment Company, Warner Music Group Corp. and Warner Strategic Marketing, Inc. (the "Warner Parties"), each of which has been served, will be resolved as well; and

*22*

WHEREAS, Defendants (as defined above) have each appeared in this matter; and

*23*

WHEREAS, no trial date has been set in this matter; and

*24*
*25*

WHEREAS, the Court has scheduled a case management conference in this matter for May 5, 2011 at 10:00 a.m.; and

*26*
*27*

WHEREAS, based on a May 5, 2011 case management conference date, the last date to meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure would be April 14, 2011; and

*28*

*1*  WHEREAS, based on a May 5, 2011 case management conference date, the last date to
*2* exchange initial disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure would be
*3* April 21, 2011; and

*4*  WHEREAS, based on a May 5, 2011 case management conference date, the last date for the
*5* Parties to file a joint case management conference statement would be April 28, 2011; and

*6*  WHEREAS, the Family LLC and K. Garcia, the other members of the Family LLC, the Jerry
*7* Garcia Estate LLC and the Warner Parties seek to limit the costs associated with litigation of this action
*8* pending settlement with Plaintiffs; and

*9*  WHEREAS, without a continuance of the case management conference and dates related thereto,
*10* the settling parties will have to participate in meet and confer on Rule 26(f) matters, exchange initial
*11* disclosures and prepare a joint case management conference statement; and

*12*  WHEREAS, the sole non-settling party, D. Garcia, will stipulate to continue these dates; and

*13*  WHEREAS, Rule 6-1(b) of the Civil Local Rules of the United States District Court, Northern
*14* District of California, requires the parties to obtain a court order for any enlargement or shortening of
*15* time that alters an event or deadline already fixed by Court order; and

*16*  WHEREAS, the Parties who have appeared jointly request that the case management conference
*17* currently scheduled for May 5, 2011 at 10:00 a.m. be continued to June 9, 2011 at 10:00 a.m., or as soon
*18* thereafter as is convenient for the Court, with all related dates adjusted accordingly; and

*19*  WHEREAS, the Parties believe that the requested time modifications would have no substantial
*20* effect on the schedule for this case; and

*21*  WHEREAS, the continuance requested herein would allow Plaintiffs, the Family LLC, K.
*22* Garcia, the other members of the Family LLC, Jerry Garcia Estate LLC and the Warner Parties further
*23* time to negotiate the memorialization of their settlement and would encourage completion of a
*24* settlement between Plaintiffs and these parties; and

*25*  WHEREAS, the Parties agree that Plaintiffs shall file this Stipulation with the Court for an order
*26* thereon;

*27*  NOW THEREFORE, subject to approval of the Court, Plaintiffs and the appearing Defendants,
*28* by and through their respective undersigned counsel, hereby stipulate as follows:

1.0   The foregoing recitals are hereby incorporated by this reference.

2.0   The case management conference currently scheduled for May 5, 2011 at 10:00 a.m. shall be continued June 9, 2011 at 10:00 a.m., or as soon thereafter as is convenient for the Court, with all related dates adjusted accordingly.

3.0   Plaintiffs shall file this Stipulation with the Court for an order thereon.

IDELL & SEITEL, LLP

Dated: April 18, 2011        By:   /s/ Richard J. Idell
                                   Richard J. Idell
                                   Ory Sandel
                                   *Attorneys for Plaintiffs*

DONAHUE GALLAGHER WOODS LLP

Dated: April 18, 2011        By:   /s/ Lawrence K. Rockwell
                                   Eric Doney
                                   Lawrence K. Rockwell
                                   Eric A. Handler
                                   *Attorneys for Defendant Jerry Garcia Family LLC and Keelin Garcia, as successor to Defendant Keelin Garcia Testamentary Trust*

COBLENZ, PATCH, DUFFY & BASS LLP

Dated: April 18, 2011        By:   /s/ Jonathan Bass
                                   Jonathan Bass
                                   *Attorneys for Defendant Deborah Koons-Garcia*

**ATTESTATION OF CONCURRENCE**

I, Richard J. Idell, as the ECF user and filer of this document, attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from Jonathan Bass and Lawrence K. Rockwell, the above signatories.

IDELL & SEITEL, LLP

Dated: April 18, 2011        By:   /s/ Richard J. Idell
                                   Richard J. Idell
                                   Ory Sandel
                                   *Attorneys for Plaintiffs*

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that the case management conference currently scheduled for currently scheduled for May 5, 2011 at 10:00 a.m. shall be continued to ___June 9___, 2011 at __10:00__ a.m. / ~~p.m.~~, with all related dates adjusted accordingly.

Dated: _4/18/11_

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE