| | |
|---|---|
| 1 | LAWRENCE K. ROCKWELL, #72410 |
|   | ERIC DONEY, #76260 |
| 2 | ERIC A. HANDLER, #224637 |
|   | DONAHUE GALLAGHER WOODS LLP |
| 3 | Attorneys at Law |
|   | 591 Redwood Highway, Suite 1200 |
| 4 | Mill Valley, California 94941-6000 |
|   | Telephone:    (510) 381-6000 |
| 5 | Facsimile:     (510) 381-7515 |

Attorneys for Defendants
JERRY GARCIA FAMILY LLC and
KEELIN GARCIA as successor to the
Keelin Garcia Testamentary Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MORA, as Trustee of The Merl Saunders Trust; MERL SAUNDERS, JR., as Trustee of the Merl Saunders Trust; and TONY SAUNDERS, as Trustee of the Merl Saunders Trust, | CASE NO. 3:08-cv-05772-RS |
| | **CASE MANAGEMENT CONFERENCE STATEMENT OF JERRY GARCIA FAMILY LLC AND KEELIN GARCIA** |
| Plaintiffs, | Date: June 9, 2011 |
| | Time: 10:00 a.m. |
| v. | Place: Courtroom 3, San Francisco |
| JERRY GARCIA ESTATE, LLC, a California limited liability company; JERRY GARCIA FAMILY, LLC, a California limited liability company; RHINO ENTERTAINMENT COMPANY, a Delaware corporation; WARNER MUSIC GROUP, a Delaware corporation; WARNER STRATEGIC MARKETING, INC., a Delaware corporation; DEBORAH KOONS-GARCIA (sued as DOE 1), an individual; DEBORAH KOONS-GARCIA (sued as DOE 2) and DAVID HELLMAN (sued as DOE 3) and DOES 5 through 10, as Trustees of the KEELIN GARCIA TESTAMENTARY TRUST (sued as DOE 4); and DOES 11 through 1000, inclusive, | **Hon. Richard Seeborg, Presiding** |
| Defendants. | |

1   Defendant Jerry Garcia Family LLC and Keelin Garcia, as successor to defendant Keelin Garcia Testamentary Trust, (collectively, the "**Reporting Defendants**") submit this joint report in advance of the Court's Case Management Conference presently scheduled for June 9, 2011.

As mentioned in the Joint Case Management Conference Statement filed in this case on or around June 2, 2011 by plaintiffs and defendant Deborah Koons-Garcia (the "**Joint CMC Statement**"), the Reporting Defendants have reached a settlement with plaintiffs and have agreed upon the language of a settlement agreement. (*See* Joint CMC Statement, 3:16-18, 5:9-10.) The Reporting Defendants and plaintiffs are presently exchanging settlement agreement signature pages, and the Reporting Defendants expect that plaintiff will soon dismiss them from this action upon those parties' anticipated prompt completion of the settlement logistics.

Accordingly, the Reporting Defendants have nothing further to report to the Court respecting jurisdictional matters, factual or legal issues in contention, motions that may be filed, potential amendment of pleadings, evidence preservation, disclosures, discovery status, the relief requested by plaintiffs, whether issues can be narrowed, and the scheduling of dates for discovery and trial.

Dated:  June 7, 2011                    DONAHUE GALLAGHER WOODS LLP


By: /s/
    Eric A. Handler
    Attorneys for Defendants
    JERRY GARCIA FAMILY LLC and
    KEELIN GARCIA as successor to the
    Keelin Garcia Testamentary Trust