*E-Filed 6/17/11*

1  RICHARD J. IDELL (SBN 69033)
   ORY SANDEL (SBN 233204)
2  IDELL & SEITEL LLP
3  465 California Street, Suite 300
   San Francisco, CA 94104
4  Telephone: (415) 986-2400
   Facsimile: (415) 392-9259
5  *Attorneys for Plaintiffs*

6
   ERIC DONEY (SBN 76260)
7  LAWRENCE K. ROCKWELL (SBN 72410)
   ERIC A. HANDLER (SBN 224637)
8  DONAHUE GALLAGHER WOODS LLP
9  591 Redwood Hwy, Suite 1200
   Mill Valley, CA 94941-6000
10 Telephone: (415) 381-4161
   Facsimile: (415) 381-7515
11 *Attorneys for Defendants Jerry Garcia Family LLC*
12 *and Keelin Garcia, as successor to Defendant*
   *Keelin Garcia Testamentary Trust*
13

14              **UNITED STATES DISTRICT COURT**

15           **NORTHERN DISTRICT OF CALIFORNIA**

16
17 SUSAN MORA, as Trustee of The Merl Saunders     Case No: CV 08 5772 RS
   Trust; MERL SAUNDERS, JR., as Trustee of The
18 Merl Saunders Trust; and TONY SAUNDERS, as      **STIPULATION RE: DISMISSAL WITH**
   Trustee of The Merl Saunders Trust,             **PREJUDICE OF DEFENDANTS JERRY**
                                                    **GARCIA FAMILY LLC AND KEELIN**
19              Plaintiffs,                         **GARCIA, AS SUCCESSOR TO DEFENDANT**
                                                    **KEELIN GARCIA TESTAMENTARY**
20        v.                                        **TRUST;**
21 JERRY GARCIA ESTATE LLC, a California           **[~~PROPOSED~~] ORDER**
   limited liability company; JERRY GARCIA
22 FAMILY LLC, a California limited liability       [E-FILING]
   company; RHINO ENTERTAINMENT
23 COMPANY, a Delaware corporation; WARNER
   MUSIC GROUP CORP., a Delaware corporation;
24 WARNER STRATEGIC MARKETING, INC., a
   Delaware corporation; DEBORAH KOONS-
25 GARCIA (sued as DOE 1), an individual;
   DEBORAH KOONS-GARCIA (sued as DOE 2)
26 and DAVID HELLMAN (sued as DOE 3) and
27 DOES 5 through 10, as Trustees of the KEELIN
   GARCIA TESTAMENTARY TRUST (sued as
28

                                    1                    CASE NO.  5:08-CV-05772-RS

DOE 4); and DOES 11 through 1000, inclusive,

Defendants.

This Stipulation is entered into by and between SUSAN MORA, as Trustee of The Merl Saunders Trust; MERL SAUNDERS, JR., as Trustee of The Merl Saunders Trust; and ANTHONY SAUNDERS WASHINGTON, as Trustee of The Merl Saunders Trust (collectively "Plaintiffs"), on the one hand, and JERRY GARCIA FAMILY LLC, a California limited liability company (the "Family LLC"); and KEELIN GARCIA, as successor to the KEELIN GARCIA TESTAMENTARY TRUST ("K. Garcia"), on the other hand.  Plaintiffs, the Family LLC, and K. Garcia may be referred to herein severally as a "Party" or jointly as the "Parties."

This Stipulation is made with reference to the following recitals:

WHEREAS, on December 29, 2008, the complaint in this action was filed; and

WHEREAS, on June 26, 2009, a first amended complaint was filed; and

WHEREAS, on February 17, 2011, the Family LLC and K. Garcia separately filed answers to the first amended complaint; and

WHEREAS, Plaintiffs, the Family LLC, K. Garcia and other members of the Family LLC have entered into a settlement agreement, pursuant to which the Family LLC and K. Garcia are to be dismissed with prejudice; and

WHEREAS, Rule 41(a) of the Federal Rules of Civil Procedure requires a stipulation of dismissal in order that Plaintiffs may dismiss this action as to those parties; and

WHEREAS, the Parties have agreed that each shall bear its own attorneys' fees and costs; and

WHEREAS, the Parties agree that Plaintiffs shall file this Stipulation with the Court for an order thereon;

NOW THEREFORE, subject to the Court's approval, Plaintiffs, the Family LLC and K. Garcia, by and through their respective undersigned counsel, hereby stipulate as follows:

1.0    The foregoing recitals are hereby incorporated by this reference.

2.0    Defendants Jerry Garcia Family LLC and Keelin Garcia, as successor to the Keelin Garcia Testamentary Trust, shall be dismissed with prejudice from this action, each party to bear its own attorneys' fees and costs.

3.0     Plaintiffs shall file this Stipulation with the Court for an order thereon.

IDELL & SEITEL, LLP

Dated: June 16, 2011          By:     /s/ Richard J. Idell
                                      Richard J. Idell
                                      Ory Sandel
                                      *Attorneys for Plaintiffs*

DONAHUE GALLAGHER WOODS LLP

Dated: June 16, 2011          By:     /s/ Lawrence K. Rockwell
                                      Eric Doney
                                      Lawrence K. Rockwell
                                      Eric A. Handler
                                      *Attorneys for Defendant Jerry Garcia Family LLC and*
                                      *Keelin Garcia, as successor to Defendant Keelin Garcia*
                                      *Testamentary Trust*

## ATTESTATION OF CONCURRENCE

I, Richard J. Idell, as the ECF user and filer of this document, attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from Lawrence K. Rockwell, the above signatory.

IDELL & SEITEL, LLP

Dated: June 16, 2011          By:     /s/ Richard J. Idell
                                      Richard J. Idell
                                      Ory Sandel
                                      *Attorneys for Plaintiffs*

## [~~PROPOSED~~] ORDER

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that Defendants Jerry Garcia Family LLC and Keelin Garcia, as successor to the Keelin Garcia Testamentary Trust, are hereby DISMISSED WITH PREJUDICE from this action, each party to bear its own attorneys' fees and costs.

Dated:  6/17/11

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIPULATION RE: DISMISSAL WITH PREJUDICE OF DEFENDANTS JERRY GARCIA FAMILY LLC AND
KEELIN GARCIA, AS SUCCESSOR TO DEFENDANT KEELIN GARCIA TESTAMENTARY TRUST