RICHARD J. IDELL (SBN 69033)
ORY SANDEL (SBN 233204)
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259
*Attorneys for Plaintiffs*

JONATHAN BASS (SBN 075779)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, CA 94111-4213
Telephone: (415) 391-4800
Facsimile: (415) 989-1663
*Attorneys for Defendant Deborah Koons Garcia*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MORA, as Trustee of The Merl Saunders Trust; MERL SAUNDERS, JR., as Trustee of The Merl Saunders Trust; and TONY SAUNDERS, as Trustee of The Merl Saunders Trust,<br><br>Plaintiffs,<br><br>v.<br><br>JERRY GARCIA ESTATE LLC, a California limited liability company; JERRY GARCIA FAMILY LLC, a California limited liability company; RHINO ENTERTAINMENT COMPANY, a Delaware corporation; WARNER MUSIC GROUP CORP., a Delaware corporation; WARNER STRATEGIC MARKETING, INC., a Delaware corporation; DEBORAH KOONS GARCIA (sued as DOE 1), an individual; DEBORAH KOONS GARCIA (sued as DOE 2) and DAVID HELLMAN (sued as DOE 3) and DOES 5 through 10, as Trustees of the KEELIN GARCIA TESTAMENTARY TRUST (sued as DOE 4); and DOES 11 through 1000, inclusive,<br><br>Defendants. | Case No: CV 08 5772 RS<br><br>**STIPULATION RE: DISMISSAL WITH PREJUDICE OF ENTIRE ACTION;**<br><br>**[~~PROPOSED~~] ORDER**<br><br>[E-FILING] |

This Stipulation is entered into by and between SUSAN MORA, as Trustee of The Merl Saunders Trust; MERL SAUNDERS, JR., as Trustee of The Merl Saunders Trust; and ANTHONY SAUNDERS WASHINGTON, as Trustee of The Merl Saunders Trust (collectively "Plaintiffs"), on the one hand, and DEBORAH KOONS GARCIA ("Mrs. Garcia"), on the other hand.  Plaintiffs and Mrs. Garcia may be referred to herein severally as a "Party" or jointly as the "Parties."

This Stipulation is made with reference to the following recitals:

WHEREAS, on December 29, 2008, the complaint in this action was filed; and

WHEREAS, on June 26, 2009, a first amended complaint was filed; and

WHEREAS, on August 9, 2010, Mrs. Garcia filed her answer to the first amended complaint; and

WHEREAS, as of the date of this Stipulation, Plaintiffs have dismissed all named defendants except for Mrs. Garcia; and

WHEREAS, Plaintiffs and Mrs. Garcia have entered into a settlement agreement, pursuant to which this action is to be dismissed with prejudice; and

WHEREAS, Rule 41(a) of the Federal Rules of Civil Procedure requires a stipulation of dismissal in order that Plaintiffs may dismiss this action; and

WHEREAS, the Parties have agreed that each shall bear its own attorneys' fees and costs; and

WHEREAS, the Parties agree that Plaintiffs shall file this Stipulation with the Court for an order thereon;

NOW THEREFORE, subject to the Court's approval, Plaintiffs and Mrs. Garcia, by and through their respective undersigned counsel, hereby stipulate as follows:

1.0   The foregoing recitals are hereby incorporated by this reference.

2.0   This action shall be dismissed with prejudice in its entirety, each party to bear its own attorneys' fees and costs.

3.0   Plaintiffs shall file this Stipulation with the Court for an order thereon.

Dated: December 7, 2011          IDELL & SEITEL, LLP
                        By:   /s/ Richard J. Idell
                              Richard J. Idell
                              Ory Sandel
                              *Attorneys for Plaintiffs*

|   |   |   |   |
|---|---|---|---|
| Dated: December 7, 2011 | By: | COBLENTZ, PATCH, DUFFY & BASS LLP /s/ Jonathan Bass |   |

Jonathan Bass
*Attorneys for Defendant Deborah Koons Garcia*

### ATTESTATION OF CONCURRENCE

I, Richard J. Idell, as the ECF user and filer of this document, attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from Jonathan Bass, the above signatory.

|   |   |   |
|---|---|---|
| Dated: December 7, 2011 | By: | IDELL & SEITEL LLP /s/ Richard J. Idell |

Richard J. Idell
Ory Sandel
*Attorneys for Plaintiffs*

### [PROPOSED] ORDER

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that this action is hereby DISMISSED WITH PREJUDICE in its entirety, each party to bear its own attorneys' fees and costs.

Dated: 12/8/11

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE